**UNITED STATES DISTRICT COURT**

OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

RICHARD PAUL WASKO
CLERK

☑ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301
❑ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250
❑ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

E-filing

June 4, 2007

Richard Wieking, Clerk
United States District Court
 for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

C 07 3025 SI

RE: *MDL 07-1827 In reTFT-LCD (Flat Panel) Antitrust Litigation*
Our Docket No.  2:07-CV-39

Dear Clerk of Court:

The above captioned case which has been transferred to your district pursuant to Conditional Transfer Order from the Judicial Panel on Miltidistrict Litigation . Please visit URL for Quick Query: https://ecf.vtd.circ2.dcn/cgi-bin/pquery.pl to download any documents you may need.  I have included a certified copy of the docket sheet.

Sincerely,

Richard Paul Wasko
Clerk

BY: Lisa Wright
Deputy Clerk

Copy to:  attorneys of record

Case 3:07-cv-03025-SI   Document 1   Filed 06/12/2007   Page 2 of 2

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

FILED 29 May 2007
E-filing

RECEIVED JUN 1 2 2007 BURLINGTON, VT

U.S. District Court
District of Vermont
P.O. Box 945
Burlington, VT 05402

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUN - 4 2007
CLERK'S OFFICE
U.S. DISTRICT COURT

Re:   MDL 07-1827 In re TFT-LCD (Flat Panel) Antitrust Litigation

Title of Case(s)
Allen Nassiff -v- LG Philips LCD Co., Ltd., et al

Your Case Number(s)
C.A. No. 2:07-0039    **SI**

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Susan Illston for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to **rufino_santos@cand.uscourts.gov**, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, 3) if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R. C. Santos*

By: Rufino Santos
Deputy Clerk

Encl.