CLOSED

# U.S. District Court
## District of Vermont (Burlington)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00039-wks

Nassiff v. LG Philips LCD Co., Ltd et al  
Assigned to: Hon. William K. Sessions, III  
Cause: 15:1 Antitrust Litigation  

Date Filed: 02/23/2007  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Allen Nassiff**  
*on behalf of himself and all others similarly situation*

represented by **Mary Gilmore Kirkpatrick**  
Kirkpatrick & Goldsborough, PLLC  
1233 Shelburne Road, Suite E-1  
South Burlington, VT 05403  
(802) 651-0960  
Fax: (802) 651-0964  
Email: mkirk@vtlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Co., Ltd**

**Defendant**

**LG Philips LCD America, Inc.**

represented by **Gregory S. Mertz**  
Mertz, Talbott & Simonds, PLC  
126 College Street, Suite 305  
P.O. Box 1398  
Burlington, VT 05402-1398  
(802) 660-4800  
Fax: (802) 651-5374  
Email: gmertz@mtslegal.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics Co., Ltd.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**
Toshiba Corporation

**Defendant**
Toshiba Matsushita Display Technology Co., Ltd.

**Defendant**
Hitachi Ltd.

**Defendant**
Hitachi Displays, Ltd.

**Defendant**
Hitachi America Ltd.

**Defendant**
Hitachi Electronic Devices (USA), Inc.

**Defendant**
Sanyo Epson Imaging Devices Corporation

**Defendant**
NEC Corporation

**Defendant**
NEC LCD Technologies, Ltd.

**Defendant**
NEC Electronics America, Inc.

**Defendant**
IDT International, Ltd.

**Defendant**
AU Optronics

**Defendant**
International Display Technology Co., Ltd.

**Defendant**
International Display Technology USA, Inc.

**Defendant**

AU Optronics Corporation America

**Defendant**

Chi Mei Optoelectronics

**Defendant**

Chi Mei Optoelectronics USA, Inc.

**Defendant**

Chungwa Picture Tubes, Ltd.

**Defendant**

Hannstar Display Corporation

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/23/2007 | 1 | CLASS ACTION COMPLAINT against all defendants filed by Allen Nassiff. (Filing fee $350) (Attachments: # 1 Civil Cover Sheet)(law) (Entered: 02/23/2007) |
| 03/16/2007 | 2 | NOTICE OF APPEARANCE by Gregory S. Mertz on behalf of LG Philips LCD America, Inc. (law) (Entered: 03/16/2007) |
| 03/16/2007 | 3 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 5.2(b) by LG Philips LCD America, Inc.. (law) (Entered: 03/16/2007) |
| 03/16/2007 |  | RECEIVED Stipulation for Extension of Time by Allen Nassiff, LG Philips LCD America, Inc.. (law) (Entered: 03/16/2007) |
| 03/22/2007 | 4 | WAIVER OF SERVICE Returned Executed: LG Philips LCD America, Inc. waiver sent on 2/26/2007, answer due 4/27/2007. (law) (Entered: 03/22/2007) |
| 03/22/2007 | 5 | STIPULATION AND ORDER for Extension of Time (for LPL America to respond to the Complaint). Signed by Judge William K. Sessions III on 03/22/2007. (law) (Entered: 03/22/2007) |
| 05/16/2007 | 6 | WAIVER OF SERVICE Returned Executed: NEC Electronics America, Inc. waiver sent on 2/26/2007, answer due 4/27/2007. (law) (Entered: 05/16/2007) |
| 06/04/2007 | 8 | CONDITIONAL TRANSFER ORDER (CTO-1), Docket No. 1827, Judicial Panel on Multidistrict Litigation. Case transferred to District of Northern District of California. Certified docket sheet sent. (law) (Entered: 06/04/2007) |
| 06/04/2007 | 9 | LETTER to USDC-Northern District of California. (law) (Entered: 06/04/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/13/2007 13:38:07 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-00039-wks |
| Billable Pages: | 2 | Cost: | 0.16 |