1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE TFT-LCD (FLAT PANEL)           Master File No. C07-1827 SI
    ANTITRUST LITIGATION
12

13  _____          No. C-07-2796 SI

14  THIS DOCUMENT RELATES TO

15  *EMW, Inc. v. LG Philips LCD Co., Ltd. et al.*
                                         [PROPOSED] ORDER APPOINTING
16  Case No. C-07-2796 SI and            INTERIM CLASS COUNSEL FOR THE
                                         CALIFORNIA INDIRECT PURCHASERS
17  ALL INDIRECT PURCHASER               SUBGROUP
    ACTIONS
18
19
20
21
22

23   Plaintiff EMW, Inc.'s Motion To appoint Interim Class Counsel For the California Indirect

24  Purchasers Subgroup came on for hearing on July 10, 2007 before the Honorable Susan Illston.

25  Lingel H. Winters, Esq. and Thomas V. Girardi, Esq. appeared in behalf of plaintiff and the

26  putative class of indirect purchasers. After reviewing the papers filed and hearing argument by

27  all parties: the court hereby enters the following order:

28

- 2 -

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT |
| 2 | |
| 3 | Plaintiff EMW's Motion To Appoint Interim Class Counsel For the California Indirect Purchasers |
| 4 | Subgroup is GRANTED and the law firms of Girardi & Keese per Thomas V. Girardi, Esq. and |
| 5 | Lingel H. Winters P.C. are appointed interim class counsel for the California Indirect Purchasers |
| 6 | Subgroup and putative class. |

Dated: July ___, 2007

_____
Honorable Susan Illston
UNITED STATES DISTRICT COURT

- 2 -
[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT
PURCHASERS SUBGROUP